UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-10489-RGK-AS    JS-6 | Date | January 5, 2024 |
|---|---|---|---|
| Title | *Haisam Samaan et al v. Mercedes-Benz USA, LLC et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order Remanding the Present Action to State Court**

On November 8, 2023, Haisam Samaan and Tony Samaan ("Plaintiffs") filed a Complaint against Mercedes-Benz USA, LLC ("Defendant") in Ventura County Superior Court alleging violations of the Song-Beverly Consumer Warranty Act (Cal. Civ. Code §§ 1790, *et seq.*). On December 14, 2023, Defendant timely removed the action to this Court on the basis of diversity jurisdiction. Because it appeared that the Court lacked subject matter jurisdiction over this action due to an insufficient amount in controversy, the Court ordered Defendant to show cause in writing why the Court should not remand the action. (ECF No. 9.) Defendant was ordered to reply on or before January 2, 2024.

Defendant did not respond directly to the Order to Show Cause. Instead, on January 2, 2024, Defendant filed a Declaration informing the Court that the parties intended to file a joint notice of settlement. (ECF No. 13.) On January 3, 2024, Plaintiffs filed a Notice of Acceptance of Rule 68 Offer. (ECF No. 14.) The Notice indicates that Defendant has agreed to pay Plaintiffs $21,000 plus lease payments due on or after December 19, 2023. Plaintiff also elected to file a motion and bill of costs to recovery attorneys' fees and costs.

Upon reviewing the notice, the Court determines that it lacks subject matter jurisdiction over the present action because the amount in controversy does not exceed $75,000. 28 U.S.C. § 1332. Accordingly, the Court **REMANDS** the action to state court for any further proceedings.

**IT IS SO ORDERED.**

                                                                                         :
                                        Initials of Preparer